1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 20cr1858-LAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT AND ORDER TO DISMISS INDICTMENT WITH PREJUDICE [Dkt. 23]** |
| ANTONY LEE ELWOOD, | |
| Defendant. | |

The Court grants the Government's motion to dismiss, with prejudice, the INDICTMENT filed against ANTONY LEE ELWOOD.

**IT IS SO ORDERED**.

Dated: February 2, 2021

_Larry A. Burns_
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -